UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL CLAY WILKERSON, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-1196** |
| **17TH JUDICIAL DISTRICT COURT, PARISH OF LAFOURCHE** | **SECTION: "S" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Daniel Clay Wilkerson, Sr.'s claims against the Louisiana Seventeenth Judicial District Court are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of January, 2009.

**UNITED STATES DISTRICT JUDGE**